UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JPMORGAN CHASE BANK NATIONAL
ASSOCIATION,                                                                           Plaintiff,

v.                                                                           Civil Action No. 3:22-cv-583-DJH-RSE

KENTUCKY LEASEHOLD, LLC et al.,                                       Defendants.

\* \* \* \* \*

## ORDER

Plaintiff JPMorgan Chase Bank National Association and Defendant Peter Weitz having reached a settlement as to JPMorgan's claims against Weitz (Docket No. 53), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that JPMorgan's claims against Weitz are **DISMISSED** without prejudice. JPMorgan and Weitz shall tender an agreed order of dismissal with prejudice within **thirty (30) days** of entry of this Order.  The Court will entertain a motion to reinstate JPMorgan's claims against Weitz within thirty (30) days of entry of this Order in the event the settlement is not consummated.

This Order does not affect JPMorgan's claims against any other defendant.

May 28, 2024

David J. Hale, Judge
United States District Court

1