UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JPMORGAN CHASE BANK NATIONAL                                          Plaintiff,
ASSOCIATION,

v.                                                    Civil Action No. 3:22-cv-583-DJH-RSE

KENTUCKY LEASEHOLD, LLC et al.,                                      Defendants.

* * * * *

## ORDER

Plaintiff JPMorgan Chase Bank National Association having filed a notice of voluntary dismissal with prejudice as to Defendant Peter Weitz and without prejudice as to Defendants Kentucky Leasehold, LLC, Inderjit Pangli, and Bradley Schnell, (Docket No. 63), no answer or motion for summary judgment having been filed by Defendants, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and is **CLOSED** and **STRICKEN** from the Court's active docket.

February 3, 2025

**David J. Hale, Judge**
**United States District Court**